U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
JUN 14 2017
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 8:17-CR-137 (MAD) |
| v. | ) **Indictment** |
| KYLE TOUCHSTONE,<br>MELISSA KUSALONIS,<br>aka "Mel," "Liss,"<br>■■■■■■■■■■■■■■■■<br>CHARLES ADAMS,<br>aka "Chuck," | ) Violations: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) [Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance]; 21 U.S.C. §§ 841(a)(1), (b)(1)(C) [Possession with Intent to Distribute a Controlled Substance]<br>) 2 Counts |
| **Defendants.** | ) County of Offense: Clinton and Essex |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Conspiracy to Possess with Intent to Distribute**
**and to Distribute a Controlled Substance ]**

Between in or about June 2016 and May 25, 2017, in Clinton County in the Northern District of New York, and elsewhere, the defendants, **KYLE TOUCHSTONE, MELISSA KUSALONIS, aka "Mel," "Liss,"** ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ **and CHARLES ADAMS, aka "Chuck,"** and others known and unknown conspired to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). As to defendants, **KYLE TOUCHSTONE, MELISSA KUSALONIS, aka "Mel," "Liss,"** ■■■■■■■■■■

███████████████████████████████████████ and **CHARLES ADAMS, aka "Chuck,"** that violation involved one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B). As to defendants ██████ ██████ and ██████████ that violation involved heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### [Possession with Intent to Distribute a Controlled Substance]

On or about May 25, 2017, in Essex County in the Northern District of New York, the defendant, **CHARLES ADAMS, aka "Chuck,"** knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## ALLEGATIONS REGARDING PREVIOUS FELONY DRUG CONVICTIONS

The defendants, **KYLE TOUCHSTONE** and ███████████████████ ██████████████ are subject to increased punishment, pursuant to Title 21, United States Code, Section 841(b)(1)(B), because of the following prior convictions for felony drug offenses which have become final:

**KYLE TOUCHSTONE** was convicted in the County Court for Clinton County, New York, of Criminal Sale of a Controlled Substance in the Third Degree, in violation of N.Y. Penal Law § 220.39(1), a class B felony, on or about March 20, 2013, and sentenced to 3 years of imprisonment and 2 years of post-release supervision on or about May 30, 2013.

████████████████ was convicted on or about █████████████████████
███████████████████████████████████████████████████████████████

2



Dated: June 14, 2017

A TRUE BILL,

*name redacted

‾Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ Cyrus P.W. Rieck

Cyrus P.W. Rieck
Katherine Kopita
Assistant United States Attorneys
Bar Roll Nos. 518933, 517944

3